IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARK LEE BALENTINE                                                                                      PLAINTIFF

v.                                            Case No. 6:23-cv-6136

ORLANDO DOSIA; JAILER ZACH
MARSHALL; and SHERIFF JASON
WATSON                                                                                                DEFENDANTS

**ORDER**

      Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Upon preservice screening pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends that Plaintiff's claims against Defendant Orlando Dosia be dismissed without prejudice because Plaintiff failed to sufficiently allege that he is subject to 42 U.S.C § 1983 claims. Judge Comstock further recommends that Plaintiff's claims against Defendants Zach Marshall and Jason Watson be permitted to proceed. Plaintiff filed a timely objection (ECF No. 7), but it does not address any of Judge Comstock's reasoning and is insufficiently specific to require a *de novo* review of the R&R.[1] *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that a specific objection is necessary to require a *de novo* review of a magistrate's recommendation).

      Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 6) *in toto*. Plaintiff's claims against Defendant Orlando Dosia are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendants Zach Marshall and Jason Watson may proceed.

      **IT IS SO ORDERED**, this 25th day of March, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff simply provides a copy of his complaint and circles his general allegations. ECF No. 7, p. 3.