IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARK LEE BALENTINE                                                                                    PLAINTIFF

v.                                            Case No. 6:23-cv-6136

JAILER ZACH MARSHALL; and
SHERIFF JASON WATSON                                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Comstock recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and for failure to obey orders of the Court, in violation of Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively.

Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 28) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge